UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-61271-CIV-DIMITROULEAS/AUGUSTIN-BIRCH

TERRON ALONZO MANLEY,

Plaintiff,

v.

GREGORY TONY, *et al.*,

Defendants.

---

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE is before the Court upon Defendants' Motion to Dismiss Plaintiff's Complaint [DE 16] ("the Motion"), filed herein on June 28, 2026, and the October 15, 2026 Report and Recommendation entered by United States Magistrate Judge Panayotta D. Augustin-Birch [DE 29] (the "Report"). The Court notes that no objections to the Report [DE 29] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 29] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749–50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 29] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 29] is hereby **ADOPTED** and **APPROVED**;

2. Defendants' Motion to Dismiss [DE 16] is **GRANTED.**

3. Counts I, II, and III of Plaintiff's Complaint [DE 1] are **DISMISSED with prejudice**.

4. Given dismissal of Plaintiff's federal law claims, the Court declines to exercise supplemental jurisdiction over the state law claim brought in Count IV. Count IV is **DISMISSED without prejudice**.

5. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY** any pending motions as moot.

6. The Clerk is **DIRECTED** to mail this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 2nd day of November, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record

**Terron Alonzo Manley**
131 NW 13th Avenue
Dania Beach, FL 33004
PRO SE